① *          Courts


In The United States Federal
District Court of Utah, Salt Lake City Utah
351 South West Temple Street
Salt Lake City Utah 84101

FILED US District Court-UT
AUG 30 '23 AM 10:57

(Pro SE)
Robert Louis Brown Civil Rights Case
(PlanTiff)          (U.S. 4th amendment, ECT)
355 Brookside dr, Springville, Utah 84663,
(801) 891-9248, E mail bobbybobby7890@icloud.com

Case: 2:23-cv-00578
Assigned To : Romero, Cecilia M.
Assign. Date : 8/30/2023
Description: Brown v. American Fork
Police Department et al

damages Seek,
($ 2 million dollars)
EmoTional Stress

DeFendant          (Jury demand)
American Fork Police Department
Police Officer Phil Valadez
75 East, 80 north, American Fork Utah 84003
(For Police Chief Cameron Paul)
Court, Complaint, Lawsuit, To court, Judge
My Case Is Very Simple, Read police Incident
Report By American Fork Police Officer
Phil Valadez, It's Fraud, ECT. he Violated my
Federal Civil Rights 4th Amendment, Fraud
I was never Arrested on 2-17-2023 For a Crime
By American Fork Utah, Police Officer Phil
Valadez, I was Working on my Job on
2-17-2023, I Been Accused OF a Crime I
didn't do. My Federal Civil Rights has Been
Violated

②

To, Court, Judge Its
Been Emotional Stress on me And my Wife
Now I have A harrasment Record I have
To clean up.

※ I Plan Protest Side Walk on American Fork police
Officer Phil Valadez, In AmF utah, I'll Contact
NAACP, I have Rights, To protest, Protect myself AT
Protest Protest, I'm angry, Racism. I want no problems
From, Police Officers,                    (George Floyd Ect)
        Motion For Settlement Conf. ASAP.
    money damages $2 million dollars, Emotional Stress
    Civil Rights Violation, Fraud, Misconduct
    By American Fork police Officer Phil Valadez
    American Fork Utah police Officer Phil Valadez
    Never arrested me For A Crime on 2-17-2023
    or any other Time For A crime, Police Incident By
    Phil Valadez, It's Fraud, Ect. he Violated my
    Civil Rights us 4th amendment Ect. he Accused
    me OF A Crime I didn't do.
    (To court Judge my Case Is In Right court
        There's A Case In us district court your court
        Greenland V Cannon 2:2022 cv 00137
        AFPd, Filed @ Feb, 28 2022
            I read About This Case
        About American Fork police Officers

 3

Prosecutor Lawyer James Tucker hansen,
And American Fork police OFFicer
Phil E. Valadez, Violated my Federal
Civil Right, 4th amendment Ect.
They Should Be Fired, disBared Ect

Prosecutor, And Police OFFicer Misconduct

American Fork hospital Can Sue For Forgery Ect.

Also Utah urologist T.J. morris Lawyers
Conspiracy With prosecutor Lawyer
James hansen And Utah urologist T.J.
And American Fork Utah police
OFFicer Phil Valadez, Fraud, False Police
Incident Report on me,

To, Court, Judge, Utah Bar No one From
American Fork, Utah / hospital has Contacted
me aBout Utah urologist T.J. morris,
No one From American Fork hospital Utah
has Sent me Letters Ect, Saying I'm
harrassing Them Ect. False Evidence By
all parties In my Case.

"Motion" To court oF Settlement
ConF. money damages, Relief 2 million
dollars dollars, Emottonal Stress, Falsley Acussed,
By Police OFFicer Phil Valadez,
And Prosecutor James Tucker hansen.
IF Case I'snt Settled money damages
I'll protest on Am Fork police dept.

4

To, Court, Judge I understand
I'll have Process Serve, Serve
~~Let~~ defendant Lawsuit with In
30 days.

I'll Pay Process Server
To Serve defendant Lawsuit

Robert Louis Brown
355 Brookside dr, Springville, Utah 84663
(801) 891-9248