

# American Fork City Police

Incident Report 23AF01398

### ***Confidentiality Notice***

The Information in this document is CONFIDENTIAL and/or PRIVILEGED. It is intended to be reviewed only by the individual or organization it was disseminated to. If you are not the intended recipient, you are notified that any review, dissemination or copying of this document and its attachments, if any, or the information contained herein, is prohibited. If you have received this document in error, advise the sender of your receipt of it and destroy and/or delete the document immediately.

### ***PROTECTED RECORD NOTICE***

This document is a PROTECTED RECORD under UCA 63G-2-305(10),(11) and (25). Further and secondary release would interfere with an ongoing criminal investigation or case, jeopardize the life or safety of an individual, and/or is a clearly unwarranted invasion of personal privacy. Release or dissemination of any summaries, transcripts, and video/audio recordings or CJC interviews are also prohibited unless authorized by UCA 77-37-4(5) and (6).

| | |
|---|---|
| **Nature:** THREATENING | **Address:** 170 N NORTH COUNTY BLVD; AFH |
| **Location:** AF1 BARRATT | American Fork UT 84003 |

| | | |
|---|---|---|
| **Offense Reported:** THRE | **Offense Observed:** THRE | |
| **Offense Codes:** Threatening | | |
| **Received By:** Provstgaard K D | **How Received:** Telephone | **Agency:** AFPD |
| **Responding Officers:** Valadez PE | | |
| **Responsible Officers:** Valadez PE | **Disposition:** Pending 03/02/23 | |
| **When Reported:** 19:05:46 02/17/23 | **Occurred Between:** 08:00:00 02/09/23 and 19:05:48 02/17/23 | |

| | | |
|---|---|---|
| **Assigned To:** | **Detail:** SID | **Date Assigned:** **/**/** |
| **Status:** | **Status Date:** **/**/** | **Due Date:** **/**/** |

## Case History

| | | | | | |
|---|---|---|---|---|---|
| Konecny K | SID | 02/28/23 | ASN | 02/28/23 | **/**/** |

**Radiolog:**

| | | |
|---|---|---|
| **Unit:** 5J42 | **Enroute:** | **Arrived:** 19:14:15 02/17/23 |
| | **Completed:** 20:35:04 02/17/23 | |

rplwdir.x94

03/02/23

23AF01398

# American Fork Police Department

## 75 East 80 North American Fork, Utah 84003

### Voluntary Statement

| OFFICE USE ONLY |
|---|
| Case Number: 23AF01398 |

**Step 1: Your Personal Information**

Name: ROBERT BELZINT    Birth Date: ▓▓▓▓▓▓    Today's Date: 2/17/23

Street Address: ▓▓▓▓▓▓    Email: _____

City: ▓▓▓▓▓    State: ▓▓▓▓    Zip: ▓▓▓▓

Home Phone: ▓▓▓▓▓    Work Phone: ▓▓▓▓▓    Cell Phone: ▓▓▓▓▓

SN: ▓▓▓▓    Hair Color: BALD    Eye Color: blue    Height: 6'1"    Weight: 180

_Circle One:_   **(Complainant)**   **Witness**   **Suspect**   **Victim**

I do give this statement of my own free will. I understand that I have the right to remain silent; that anything I say can be used against me in a court of law; that I have the right to talk to an attorney and to have them present while I make this statement; that if I cannot afford an attorney one can be appointed for me if I so desire. I understand that I have the right to stop answering questions at any time. Fully understanding the above rights, I make the following statement.

_____ (Signature)          _____ (Witness/ Police Officer)

76-8-504.5, UCA - Notification under subsection (1) is sufficient if it is verbal or written and is in substantially the following form: "You are notified that statements you are about to make may be presented to a magistrate or a judge in lieu of your sworn testimony at a preliminary examination. Any false statement you make and that you do not believe to be true may subject you to criminal punishment as a class A misdemeanor."

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Step 2: Statement Narrative** (Please write what occurred. Who, What, Where, When, How, etc.)

JAMIE KILLIAN ADMINISTRATIVE COORDINATOR CALLED ME AND STATED SHE RECEIVED AN ENVELOPE WITH TERRORISTIC THREATS. POLICE WERE CALLED TO GIVE THE ENVELOPE TO.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

WAS NOT ABLE TO LOCATE THIS ROBERT BROWN AS HAVING BEEN A PATIENT AT AFH OR ANY IHC HOSPITAL AS OF THIS TIME.

Continue on the reverse side if needed

**REPORTEES:**
Name: BEZZANT, ROBERT R.                 Name Number: 280623
Race: W          Sex: M          DOB: ▮▮▮▮  Hght: 6'01"     Weight: 218     Hair: RED     Eyes: BLU

Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Home Phone: ▮▮▮▮▮     Work Phone: ▮▮▮▮▮

**VICTIMS:**
Name: MORRIS, TARGHEE J.                 Name Number: 1207572
Race: W          Sex: M          DOB: ▮▮▮▮  Hght: 6'00"     Weight: 180     Hair: BRO     Eyes: GRN

Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Home Phone: ▮▮▮▮▮     Work Phone:

**OTHERS INVOLVED:**
Name: BEZZANT, ROBERT R.                 Name Number: 280623
Race: W          Sex: M          DOB: ▮▮▮▮  Hght: 6'01"     Weight: 218     Hair: RED     Eyes: BLU

Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Home Phone: ▮▮▮▮▮     Work Phone: ▮▮▮▮▮

Name: AMERICAN FORK HOSPITAL,          Name Number: 993475
Race:          Sex:          DOB: **/**/**  Hght: ' "     Weight: 0     Hair:     Eyes:

Address: 170 N NORTH COUNTY BLVD; AFH; N 1100 EAST ST, American Fork, UT 84003
Home Phone: (801)855-3300     Work Phone: ( ) -

Name: MORRIS, TARGHEE J.                 Name Number: 1207572
Race: W          Sex: M          DOB: ▮▮▮▮  Hght: 6'00"     Weight: 180     Hair: BRO     Eyes: GRN

Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Home Phone: ▮▮▮▮▮     Work Phone:

**SUSPECTS:**
Name: BROWN, ROBERT L.                 Name Number: 834167
Race: B          Sex: M          DOB: ▮▮▮▮  Hght: 6'02"     Weight: 190     Hair: BLK     Eyes: BRO

Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Home Phone: ▮▮▮▮▮     Work Phone: ( ) -

**ARRESTEE:**



Incident Report 23AF01398                                              Page 3 of 9

**Name:** BROWN, ROBERT L.              **Name Number:** 834167
**Race:** B          **Sex:** M    **DOB:** ▮▮▮▮   **Hght:** 6'02"   **Weight:** 190   **Hair:** BLK   **Eyes:** BRO

**Address:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Home Phone:** ▮▮▮▮▮     **Work Phone:** ( ) -

**Arrest Date:** 19:05:46 02/17/23                          **Agency:** American Fork PD
**Type:** Summoned-                             **Arresting Officer:** Valadez PE
Information Issued
**Disp:**                                        **Location:** 170 N North County Bolvd
**Judicial Age Status:** A

**OFFENSE:** Harassment (Count: 1)            **Time/Date:** 19:05:46 02/17/23
**Statute:** HARASSMENT                        **Type:** State Statute
**Class:** Class B Misdemeanor                 **Court:** 4th Dist Court, Am Fork
**Location:** 170 N North County Bolvd         **Law:** Utah Code Annotated

**PROPERTY INFORMATION:**
**Item Type:** Paper-Letter          **Property 551187
Number:**
**Item/Brand:**                      **Model:**
**Serial Number:**                   **Color:** /
**Characteristics:**
**Quantity:** 14          **Meas:**              **Total Value:** 0
**Owner:** 280623 BEZZANT, ROBERT R. ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮

**NARRATIVE:**
P. Valadez
Body Cam:

Robert Bezzant, Security at American Fork Hospital reported that Robert Brown mailed a packet of complaints against Dr. Targhee Morris with implied threats. Targhee Morris works for Utah Urology and not American Fork Hospital. Similar letters were mailed to Mountain View Hospital and Spanish Fork Hospital.

---

**UPPLEMENTAL NARRATIVE:**

**Vame:**  Valadez PE

**Date:**  23:59:14 02/17/23

P. Valadez
Body Cam: Yes
Dash Cam: No

23AF01405

INITIAL DISPATCH CALL:

Contact reporting party regarding packet of letters sent to the American Fork
Hospital threatening several different hospitals and police departments.
Letters made terroristic threats mass shootings.  Suspect left name and address.
Robert Brown, 355 Brookside Dr, Springville.

INVOLVED PARTIES:

Robert Bezzant, Complainant
Robert Louis Brown, Suspect
Dr Targhee Morris, Victim

LOCATION OF INCIDENT:

American Fork Hospital, 170 N North County Blvd

REPORT:

On 02/17/2023 at approximately 1905 hours I was dispatched to a threatening call
at the American Fork Hospital.

I arrived at the hospital and made contact with Robert Bezzant with IHC
Security.  Robert told me he had received an envelope from hospital
administration.

The envelope was address to Intermountain Hospital, American Fork
Administration, 170 N 1100 East, American Fork.  The envelope return address was
Robert Brown 355 Brookside Dr, Springville, UT 84663.

The packet included photographed letters, fax and e-mail correspondences, a
letter from an attorneys office, a letter from Utah Urology and a photocopy of a
news article dated January 23, 2023, titled, Gunman kills 10 near Lunar New Year
Festival in California.

STATEMENT FROM ROBERT BEZZANT:

Robert told me Jamie Killian, Administrative Coordinator contacted him to report receiving an envelope in the mail with terroristic threats.

I asked Robert if he was able to determine through the hospital records if Robert Brown was a patient at the American Fork Hospital. Robert told me he checked their records and Robert Brown did not show any records with American Fork Hospital or and other IHC Hospital.


LOCAL FILES AND RECORD CHECK:

I did a records check in local files and found a Robert Louis Brown, DOB: 01/11/58 with an address listed at 355 Brookside Dr in Springville which is the return address on the envelope the hospital received.

I saw there were about ten recent stalking, threatening and harassing reports filed in the last couple months that Robert was listed as the suspect or offender.


DOCUMENTS MAILED BY ROBERT BROWN:

The packet mailed to the American Fork Hospital had 13 pages which included photographed letters, fax and e-mail correspondences.

1st letter (3) pages, dated 01/23/23 is a photocopied letter from Robert Brown. Robert wrote his complaint with Dr Morris and not sending him his urine test results for prostate cancer. Robert wrote "if cause isn't settled $2.8 million dollars for emotional stress injury I'll protest on Morris". Robert wrote, "Wow, mass shootings 10 killed in California, Angry Guy, 6 killed at Walmart VA 2022. Mass shooting in Enoch Utah". Crazy white guy kills 10 Blacks in Buffalo NY, Racism". Racism in my case Morris hates Blacks. I could be dying of prostate cancer, Morris never gave me my urine test results".

2nd letter (1) page, dated 02/09/23 is a photocopied letter from Robert Brown. Robert wrote that he is a former patient of Dr Morris. Robert wrote, "I'm angry" and "mass shooting". Robert wrote, "If no settlement $2.8 million dollars for emotional stress injury I'm protesting on morris Sidewalk in SF Utah. I'll protest until case settled money". Robert also wrote, "Mass shootings, I'm getting gun for protection at protest".

3rd document is a one page photocopy of a fax dated, 01/17/23 at 0930 hours showing fax was sent to (801) 491-9744 from bobbybobby7890@icloud.com. The message sent read, "Urgent to Urologist TJ Morris in Utah from Robert Brown race black former patient. In 5 days I'm sending documents to American Board of Urology why you violated 21st century cures act and u violated my patients rights in never gave me my urine test". Later in the letter Roberts wrote, "I have rights. I'm getting gun for my protection at protest. U and staff may try

to harm me.  I have gun rights.  Let your patients etc know about protest".

4th document is a one page photocopy of a fax transaction dated, 01/17/23 at 0802 hours.  Robert wrote,  "I have rights.  I'm getting gun for my protection at protest. U and staff may try to harm me.  I have gun rights.  Let your patients etc know about protest".  in handwritten writing at the bottom of the page is written, "Jan, 17 2023 From Robert Brown Race Black, (801) 891-9248", "faxed to Dr TJ Morris Campbell Williams Ference Fax (801) 466-4269 SLC Utah", "This document text to Brittany Glas (385) 666-7131, Mountain View Hospital, Payson Utah".

5th document is a one page photocopy of a fax transaction dated 01/28/23 at 0934 hours sent to(801) 491-9744.  In handwritten writing is written, "fax TJ Morris Lawyers", "Mass shooting 10 killed in California Angry man mass shootings".

6th document is a one page photocopy of a fax from bobbybobby7890@icloud.com sent on 01/23/23 at 0744 hours.  The message sent was about Robert's complaint against Dr Morris and violating his patient rights.  At the end of the message Robert wrote, "I'll protest until my case is settled $2.8 million, nothing less. I'm getting gun for protest protection.  I'm angry!  Mass shooting in Enoch Utah killed at Walmart 2022.  Morris danger to patients, Morris committed crime".

7th document is a letter dated 01/10/2023 on Campbell, Williams, Ference & Hall, LLC Attorney At Law letterhead.  The letter is addressed to Robert Brown.  The letter is a cease and desists demand for Robert to not call, text, e-mail or write any correspondences to Dr Morris.

8th document is a (2) page letter dated 01/16/2023 on Campbell, Williams, Ference & Hall, LLC Attorney At Law letterhead. The letter is addressed to Robert Brown.  The letter informs Robert that they are filing a report with the Spanish Fork Police Department.  The letter also declines Robert's settlement demands of $28 million and informs Robert that there is no need for him to continue issuing settlement threats.

9th document is a letter addressed to Robert Brown on 09/07/2022 from Utah Urology on Utah Urology letterhead.  The letter is from Dr Morris informing Robert that he has no scheduled an appointment to review his recent labs.  The letter indicates in bold letters, "In your case, you have Elevated Prostate-Specific Antigen level. Delays could jeopardize your health, so I urge you to act promptly".

10th document is a photocopy of a news article from the Daily Herald, dated 01/23/2023 titled, Gunman Kills 10 near Lunar New Year festival in Californa.

The following letters, fax transactions and news article have been turned into records to be added to the report.

Dated: May 10, 2023                    /s/  ROGER W. GRIFFIN

I contacted Dr Targhee Morris by phone.  Dr Morris told me he is aware of letters being sent to local hospitals and his office from Robert.  Dr Morris told me he is concerned for his safety and has a Civil Stalking Injunction in place against Robert.

I asked Dr Morris if he works for IHC.  Dr Morris told me he does not work for IHC.  Dr Morris told me he has his own medical practice at Utah Urology at 415 N Main St in Spanish Fork.

I asked Dr Morris if Robert knows where he lives.  Dr Morris told me Robert has stated that he "will protest at Morris home in Utah".  Dr Morris told me he has had no contact with Robert at his home.  Dr Morris told me that Roberts stalks his social media accounts.


DISPOSITION:

I provided security at American Fork Hospital with a photo of Robert Brown.  I told security at the hospital that we will do extra patrols of the hospital.  I send a photo of Robert Brown to the Patrol Group with a brief description of Robert's implied threats.  I contacted the On-call detective, Detective Konecny. This case is being forwarded onto detectives for review and charges.

END OF REPORT

**SUPPLEMENTAL NARRATIVE:**

**Name:** Konecny K

**Date:** 16:32:31 03/02/23

DETECTIVE KONECNY
Thu Mar 02 16:32:44 MST 2023
23AF01398
BODY CAM: NO
AP&P: NO


CHARGES:

I was assigned to review this case of threats by Robert Brown to the staff of the American Fork hospital.

I am requesting this case be screened by the city attorneys for the potential charge of threats or harassment. The letters that were sent are believed to imply a violent felony toward members of the American Fork Hospital and caused fear to the employees.

I am requesting this case be screened for Harassment 76-5-106 against Robert Brown.


END OF REPORT.