James "Tucker" Hansen, Bar No. 5711
Cherylyn M. Egner, Bar No. 15129
Melissa K. Mellor, Bar No. 10437
HANSEN LAW, P.C.
Attorneys for Plaintiff
233 S. Pleasant Grove Blvd., Suite 202
Pleasant Grove, Utah 84062
Telephone: (801) 443-2380
Facsimile: (801) 796-0984

## IN THE FOURTH DISTRICT COURT OF THE STATE OF UTAH
## UTAH COUNTY, AMERICAN FORK DEPARTMENT

| | |
|---|---|
| THE STATE OF UTAH by and through the American Fork City Prosecutor,<br><br>Plaintiff,<br>vs.<br><br>**ROBERT LOUIS BROWN**<br>Defendant. | **CERTIFICATE OF SERVICE: CRIMINAL SUMMONS AND FINGERPRINT ORDER**<br><br>LEA Case No. 23AF01398<br><br>Case No. 231100552 |

I hereby make return of service and certify that I served the attached **CRIMINAL SUMMONS AND FINGERPRINT ORDER** upon the above defendant listed herein at his/her last known address, by first-class mail, postage prepaid, this 12 May 2023, per Utah Rules of Criminal Procedure 6(b) and 6(d), and hereby note that **a failure to appear in response to said Summons shall result in a warrant being issued for the arrest of said Defendant:**

Robert Brown
355 Brookside Drive
Springville, Utah 84663

HANSEN LAW, P.C.

JAMES "TUCKER" HANSEN
American Fork City Prosecutor

The Order of the Court is stated below:
Dated:   May 10, 2023
04:59:56 PM

/s/   ROGER W GRIFFIN
District Court Judge

by

/s/   MAQUEL OSWALD
District Court Clerk

James "Tucker" Hansen, Bar No. 5711
Cherylyn M. Egner, Bar No. 15129
Melissa K. Mellor, Bar No. 10437
HANSEN LAW, P.C.
Attorneys for Plaintiff
233 S. Pleasant Grove Blvd., Suite 202
Pleasant Grove, Utah 84062
Telephone: (801) 443-2380
Facsimile: (801) 796-0984

FILED

MAY 1 8 2023

4TH DISTRICT
STATE OF UTAH
UTAH COUNTY

## IN THE FOURTH DISTRICT COURT OF THE STATE OF UTAH
## UTAH COUNTY, AMERICAN FORK DEPARTMENT

| | |
|---|---|
| **THE STATE OF UTAH by and through the American Fork City Prosecutor,**<br><br>       Plaintiff,<br>vs.<br><br>**ROBERT LOUIS BROWN**<br>**355 Brookside Drive**<br>**Springville, Utah 84663**<br><br>**DOB: 01/11/1958**<br>       Defendant. | **CRIMINAL SUMMONS AND FINGERPRINT ORDER**<br><br>LEA Case No. 23AF01398<br><br>Case No. 231100552 |

THE STATE OF UTAH TO THE ABOVE-NAMED DEFENDANT:

Complaint under oath by American Fork City has been made that you committed the crime of **HARASSMENT**, a Class "B" Misdemeanor, in American Fork City, Utah County, on or about January 3, 2023, in violation of Section 76-5-106 of the Utah State Code and **HARASSMENT**, a Class "B" Misdemeanor, in American Fork City, Utah County, on or about January 28, 2023, in violation of Section 76-5-106 of the Utah State Code and

1 of 4

The Order

Dated: May 10, 2023

UTAH COURT

ROGER W. GRIFFIN

HARASSMENT, a Class "B" Misdemeanor, in American Fork City, Utah County, on or about February 9, 2023, in violation of Section 76-5-106 of the Utah State Code.

YOU ARE HEREBY SUMMONED to appear before a Judge of the District Court at the time and place shown below:

DATE: June 28, 2023          TIME: 8:30a.m.

PLACE: 75 East 80 North, Courtroom #1, American Fork, UT 84003 via Webex link: **https://utcourts.webex.com/meet/Griffin** OR you may join by phone: 1-408-418-9388  Access code: 967 221 869. You may also access the webex link on the courts website at www.utcourts.gov or you can call the court at 801-756-9654. If you do not have access to a phone or electronic device to appear remotely, you may appear at the court address listed above where you may appear in person.

To answer the charge(s) made against you.

YOU ARE FURTHER COMMANDED, to appear, <u>BEFORE,</u> the date indicated above, between the hours of 9:00 a.m and 11:00 a.m. Tuesday through Thursday, excluding holidays, at the offices of the:

**AMERICAN FORK POLICE DEPARTMENT**
**75 East 80 North, Suite 101**
**American Fork, Utah 84003**

for processing and release (Fingerprints, etc.).

YOU MUST take this SUMMONS with you for completion by the law enforcement personnel at that location and YOU MUST complete the Fingerprint Order prior to the Court appearance set forth above. Failure to do so can result in your being

FOR COMPLETION BY BOOKING PERSONNEL:

DATE AND TIME APPEARED FOR PROCESSING:
TIME:_____
DATE:____/_____/_____

OFFENSE TRACKING NUMBER: _____

TCN=UT58297854

SIGNATURE
TITLE:

In compliance with the Americans With Disabilities Act, individuals needing special accommodations (including auxiliary communicative aids and services) during this proceeding should call (801) 756-9654 at least three working days prior to the proceeding.