Urgent
From, Robert Brown                    July 7,
355 Brookside dr, Springville, utah        2023
84663, (801) 891-9248,
        Email bobbybobby 7890@ icloud.com
This Letter With documents mailed By C
mail To, American Fork utah,
Police Chief Cameron Paul
                    (utah news media)
    What's up Complaint, Investigate
Officer Phil Valadez, I plan Lawsuit
Civil Rights, on mr Valadez
Read police Incident, it's False, Fraud,
I was never Arrested put In Jail Ect,
By any American Fork police OFFicer.
Who signed off on This Police Incident
on 2/17/2023 3, utah Gov. Spencer cox,
Mark S, utah licensing director Knows
About my Case, I got no Response
From Them. Mr Valadez Should Be
Fired ASAp. Emotional Stress on me,
And my Wife, Criminal Case,
Case Should Be dismissed.         (Racism)
    Contact prosecutor mr Hansen (I have Lawyers
They Violated my Federal Civil Rights (who wants
    Contact T.J. morris Lawyers            my case
    (801) 466-4266    Campbell, Williams
I text mr Valadez, I ask him if he Arrested
A Black man In utah on 2/17/2023
    mr Valadez, Says not That I remember.
    who Is This. I text mr Valadez
    on June 26, 2023 312 pm
        Robert Brown, Keep Every Thing In Writting

5 copies

July 20
2023

Urgent

From Robert Brown
Race Black (801) 891-9248
355 Brookside dr, Springville, Utah 84663
Case # 231100552
This Letter With documents mailed
By e mail To American Fork Utah.
Police Cheif Cameron Paul
I need Response (Criminal case)
Settlement #2 million dollars
For Emotional Stress, WE can
Settle Case With Lawyers.
If not I have Civil Rights Lawyers
Who Wants my case, WE'll Sue
$10 million dollars, Plus I'll
Protest, Police Officer Phil
Valadez, And Prosecutor Caused
heavy ~~Stress~~ Stress on me And my
Wife, She's older Than me, She's White
God Know I Thought She Would die.
Forgery, False police Incident
Report on me By Valadez, no American
Fork police Officer Arrested me For
a crime In utah, I was never In
Custody, In Jail In american Fork
utah For a crime. RBrown Civil Rights
Violation on me

FILED

JUN 20 2023

4TH DISTRICT
STATE OF UTAH
UTAH COUNTY

(Copy)

In The Fourth district Court oF The State OF utah, Utah County American Fork department

The State OF utah by Through the american Fork city Prosecutor          Plead not Guilty
         PlanTiFF                         Lea Case No.
                V                          23a Fo1398
RoBert Louis Brown              Case No 231100552
355 Brookside dr          (For Utah Gov, Spencer cox)
SpringVille, Utah 84663        Fax(801) 538-1547
  (deFendant) Email bobbybobby7890@icloud.com
       (Phone( 801) 891-9249)    Like Jury Trial
Motion, To Court, Judge To have my Case dismissed, harassment Charges ECT, dismissed here's Why Read Police Report it's Fraud, Crimes By Prosecutor, No ProBaBle Cause No American Fork Police OFFicer Came To my home In SpringVille utah, or any Where In Utah and arrested For aCrimE. Prosecutor Violated my Federal 4th amendment rights, he Should Resign ASAP. I'll FilE ComplanT With Utah Bar, I'll have A Lawsuit on Prosecutor, Misconduct, deception upon me And The Court, Case aBout my Former Urologist T. J. morris, This is a FederalCase OIG In dc has documents In my Case. They have Contacted me, Utah Governor Spencer cox, And ABBY cox Mark Steinagle Licensing director has documents In my Case, I Got no Response From Them yET.
X (Nevada Medical Board part oF my Case.
    Robert Louis Brown 355 Brookside dr
SpringVille, Utah 84663, CertiFicate Service
       mailed To, Prosecutor By C mail. ProsecutorLack
Evidence, no american Fork police arrested me For A CrimE



he's my public
defender,

In 4th district court
American Fork Utah

he said he'll get
case, dismissed    Case on
At Jury Trial,    Prosecutor

no probable cause,
Evidence in my case

Case can Be dismissed Before

## APPENDIX D

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ___Motion___
(Name of pleading)

was mailed/delivered to ___James Tucker Hansen___ at 233 S. Pleasant Grove Blvd
(choose one) (Name of defendants) or     (Address) (Suit 202)
defendant's attorney)             Pleasant Grove
                         Utah 84062

on ___June 20th 2023___
(Date)



**Robert** ›

*..dvocate*

The prosecutor in a criminal case shall:

(a) refrain from prosecuting a charge that the prosecutor knows is not supported by probable cause;

(b) make reasonable efforts to assure that the accused has been advised of the right to, and the procedure for obtaining, counsel and has been given reasonable opportunity to obtain counsel;

(c) not seek to obtain from an unrepresented accused a waiver of important pretrial rights, such as the right to a preliminary hearing;

(d) make timely disclosure to the defense of all evidence or information known to the prosecutor that tends to negate the guilt of the accused or mitigates the offense, and, in connection with

  

**From:** Robert Brown <bobbybobby7890@icloud.com>

**Date:** July 9, 2023 at 10:14:12 PM MDT

**To:** info@centralutahlaw.com

← hansen email

**Subject: Re: Urgent case 23110052 lawyer james tucker Hansen ,prosecutor that American fork utah police incident report u sent me it's fraud,forgery I was never arrested brought in to custody by any American fork police office on 2-17-2023 or any other time,American fork police officer phil valadez said in text message to me he didn't rememeber arresting a black man on2-17-2023 I'll sue police department American fork ,$10 million dollars emotional stress on me and my wife,valadez should be fired ASAP,I contacted police chief American fork,u and valadez**

July 11, 2023

$10 million dollar lawsuit American Fork Police Dept

I Blame utah Medical Board mark S. utah Licensing director They did nothing To. T. J. morris

From Robert Brown July 11, 2023 (801) 891-9248

Fax(801) 530-6511 utah medical Board

Fax(801) 466-4269 dr T.J. morris Lawyers

forgery T.J. morris Violated 21st century