# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| ROBERT LOUIS BROWN,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FORK POLICE DEPARTMENT, PHIL VALDEZ, and PAUL CAMERON,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING [23] REPORT AND RECOMMENDATION**<br><br>Case No. 2:23-cv-00578-DBB-CMR<br><br>District Judge David Barlow |

The Report and Recommendation[1] issued by United States Magistrate Judge Cecilia M. Romero on December 17, 2024, recommends that the court grant Defendants American Fork Police Department and Mr. Valdez's Motion to Dismiss under 12(b)(6).

Judge Romero recommends granting the Motion to Dismiss due to Plaintiff's failure to allege "sufficient facts on which a recognized legal claim could be based."[2]

The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of its service pursuant to 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72.[3] No party filed an objection.

Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because the analysis and conclusions of the Magistrate Judge are sound, the Report and Recommendation of Judge Romero is adopted.

---

[1] Report and Recommendation, ECF No. 23, filed Dec. 17, 2024.
[2] *Id.* at 6.
[3] *Id.* at 7.

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.[4]

Defendants' Motion to Dismiss under 12(b)(6)[5] is GRANTED. Plaintiff's claims against Mr. Valdez and American Fork Police Department are DISMISSED WITHOUT PREJUDICE.

Signed January 7, 2025.

BY THE COURT:

David Barlow
United States District Court Judge

---

[4] ECF No. 23.
[5] ECF No. 17.